United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br>Plaintiff,<br>v.<br>P. SULLIVAN, et al.,<br>Defendants. | Case No. 19-cv-00125-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 9, 2019

Susan Illston

SUSAN ILLSTON
United States District Judge